UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22527-CIV-MARTINEZ

TIAGO SEGER, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

MURAD, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (ECF No. 9). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record